IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HOME IMPROVEMENT WAREHOUSE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **10-24-JPG** |
| ) | |
| **CINCINNATI INSURANCE**, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for leave to file an amended complaint. **(Doc. 11).** Although plaintiff has not specified why amendment is sought or submitted a proposed amended complaint as required, plaintiff does allude to the pending motion to dismiss.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 11)** is **GRANTED**; on or before **March 31, 2010**, plaintiff shall file an amended complaint.

**IT IS FURTHER ORDERED** that upon the filing of an amended complaint, the Clerk of Court shall have the record reflect that defendant's motion to dismiss **(Doc. 4)** is **MOOT** in <u>all</u> respects.

**IT IS SO ORDERED.**

**DATED:  March 16, 2010**

                                                    **s/ Clifford J. Proud**
                                                    **CLIFFORD J. PROUD**
                                                    **U. S. MAGISTRATE JUDGE**