IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOME IMPROVEMENT WAREHOUSE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 10-cv-00024-JPG-PMF |
| CINCINNATI INSURANCE, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED: January 14, 2011

**NANCY J. ROSENSTENGEL, Clerk of Court**

**BY:s/ Jina Hoyt, Deputy Clerk**

APPROVED:  *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE